**Entered on Docket**
**March 04, 2016**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re

Nelson Adrian Lopez,

Debtor(s). /

Case No.: 16-10102-AJ

Chapter: 7

## ORDER OF DISMISSAL

The debtor(s) having been given notice on February 18, 2016, that this case might be dismissed if the debtor(s) failed to file certain documents as required by law and the debtor(s) having failed to either request a hearing or file the following:

**Schedules A-J and Statement of Financial Affairs**

IT IS ORDERED that the above Chapter 7 case is dismissed.

Dated: March 4, 2016

Alan Jaroslovsky
U.S. Bankruptcy Judge