1  CRAIG A. BURNETT, ESQ. ID. #118907
    LAW OFFICES OF C. BURNETT
2  537 FOURTH STREET, SUITE A
    SANTA ROSA, CALIFORNIA 95401
3  Telephone: (707) 523-3328
    Fax: (707) 523-3082
4  Email: cburnett@nomoredebt.com

5  Attorney for Movant, Donald Driver

6                **UNITED STATES BANKRUPTCY COURT**

7                **NORTHERN DISTRICT OF CALIFORNIA**

8  **In Re:**                                      )     Case No. 16-10102
                                                    )     Chapter  7
9                                                   )
    NELSON ADRIAN LOPEZ,                            )     ORDER GRANTING RELIEF FROM
10                                                  )     AUTOMATIC STAY
                                                    )
11                                                  )     Date:    3/10/16
    SSN: xxx-xx-7036,                               )     Time:    9:00 a.m.
12                                                  )     Place:   U.S. Bankruptcy Court
                                  **Debtor(s).**    )              99 South E Street
13  _____         )              Santa Rosa, CA 95404

14        UPON CONSIDERATION of the motion to Donald Driver for an order granting relief from the

15  automatic stay, the hearing on which was held at the date and time referenced above; Craig A. Burnett, Esq.

16  appearing on behalf of moving party; no appearances made on behalf of any other party; and good cause

17  appearing,

18        IT IS HEREBY ORDERED that moving party is granted relief from the automatic stay to take any

19  and all acts available to them under applicable non-bankruptcy law with respect to regaining possession of

20  the Property;

21        IT IS FURTHER ORDERED that the 14-day stay described by Bankruptcy Rule 4001(a)(3) is

22  waived.

23

24  Dated:  March 11, 2016

25                                                  Alan Jaroslovsky
                                                    U.S. Bankruptcy Judge
26

27

28

Case: 16-10102   Doc# 15   Filed: 03/11/16   Entered: 03/11/16 17:15:04   Page 1 of 1